IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEANDRE LEE LANGSTON**                                                                    **PLAINTIFF**

v.                                                                                                   No. 3:13CV80-NBB-JMV

**SHERIFF BILL RASCOE, ET AL.**                                                    **DEFENDANTS**

**JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's claims against Sheriff Bill Rascoe, Daniel Freeman, and Louis Washington are **DISMISSED** for failure to state a claim upon which relief could be granted.

3. That the plaintiff's claim against Lt. Chad Wicker for use of excessive force may **PROCEED**.

**SO ORDERED**, this, the 19th day of May, 2014.

                                                     /s/ Neal Biggers
                                                   NEAL B. BIGGERS
                                                   SENIOR U. S. DISTRICT JUDGE